**284** TURNER (Pros. Atty.) vs. CIRCUIT JUDGE (Muskegon), No. 12337, 88 M., 359.

To vacate order discharging a certain person from custody after conviction of assault and battery, upon an information

charging him with an assault, with intent, etc., but not charging a battery.

Denied November 13, 1891.